N. BYERLY
80598WSI
13400 Pleasant Valley Rd.
Kuna, Idaho 83634
Petitioner pro se

IN THE EUROPEAN COUNCIL FOR EUROPEAN COMMISSION CONSIDERATION

BEFORE THE EUROPEAN PARLIAMENT BY EUROPEAN COURT OF HUMAN RIGHTS

| | |
|---|---|
| N. BYERLY, NATHAN BYERLY, et al., Petitioners, <br> v. <br> UNITED STATES, and State of IDAHO and State of UTAH, John Doe Butch Otter, et al., Respondents. | Case No. _____ <br><br> PETITION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS INTERESTS |

COMES NOW, N. BYERLY, Petitioner, under the protection of the International Copyright and Intellectual Property Right Protections granted to the Secured Party © "JB" VOSSBERG ® the OWNER of the protected Published Copyright and Autograph Signature of © NATHAN BENJAMIN BYERLY;

The Copyright Contract And Security Agreement at UCC for "NBB" and any of its Derivative Spellings having been registered by Covenant in the Public Record at Idaho Board of Correction - IDOC by Ada County and State of IDAHO Court officer B. Dewayne Shedd in 2010 for Private Action; and the Public LEGAL NOTICE and Copyright Publication Registration conducted at State of UTAH by the Vernal-Roosevelt Register in State of UTAH Eighth Judicial District and DISTRICT OF UTAH for UNITED STATES of Tenth Circuit, and Internationally upon Affidavit of Publication recorded on the world wide web and or Internet at www.utahlegals.com (2016).

Thereafter the Trail of Tears of Human Rights Violations and Infringements and Violations is Publicly Recorded in Legal Actions in United States and UTAH and IDAHO Districts, and the 10TH and 9TH US Circuits, under the names of N. BYERLY and "JB" Voss.

As of November 03, 2015, the LEGAL Identity of RESIDENCE is for Mr. VOSSBERG as a dual Citizen of the UNITED STATES at UTAH and DELAWARE and under Customs and Immigration from Golden Jubilee Declaration of VATICAN CITY and US Constitution Amendments One and Fourteen Cl. 1, CITIZEN and RESIDENT of the Country of IRELAND (under Refugee protection status pending processing);

As a EUROPEAN Mr. VOSSBERG is entitled to protection of the European Convention on Human Rights And Fundamental Freedoms (1950) and Directive 2001/29 on the Harmonisation... in the Information Society, and (Digital Millenium Copyright Act); and therefor good cause existing brings Petition before the European Council for European Court of Human Rights for numerous publicly recorded civil and political violations in and affecting the International Community both in European Countries and the broader COMMUNITY.

PETITION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS INTERESTS - 1

N. BYERLY
80628 IMSI
13400 Pleasant Valley Rd.
Kuna, Idaho, 83634
Petitioner pro se

The Rome Act (1928) and the Rome Convention on Related Rights (1961) protect Mr. VOSSBERG and his persons and property in EUROPEAN Nations; the WIPO and TRIPS protect in the UNITED NATIONS Countries including the UNITED STATES.

The gross negligence and legal and treaty violations of the UNITED STATES and several States of the civil and political Rights and Human Rights of Mr. Byerly has taken him into the Courts and to include the United Nations' INTERNATIONAL COURT OF JUSTICE jurisdictions and Admiralty and Maritime and Diversity of Citizen jurisdictions in the UNITED STATES at District of COLUMBIA. While these matters proceed in the US for Mr. Byerly, the issue of the entirety of the emergency exists in a larger venue of Class Action with the representative Case of Mr. "JB" VOSSBERG.

Therefore Good Cause shewn, N. BYERLY comes now, on behalf of Mr. VOSSBERG to put the matter for the EUROPEAN COMMUNITY and for the International Community relative to the outcomes of these matters in the Global Realm and Member Countries of the Several Bodies of the Novus Ordo Seclorum on Earth and now in the Space and Bodies of the "Milky Way" Galaxy.

Because Petitioner has been utterly dispossessed by the STATE, and made indigent prisoner, the Petition must be registered publicly only by Covenant Filing with the UNITED STATES at District of IDAHO where Petitioner is being held captive.

The conciliationes may present to the ecclesia under Lieber Code (1907), considerations and Peace Conference for Parliamentarian intent underlying later legislation in certain jurisdictions; the ©VossunKen, PLLC® acting publicly in UNITED STATES (1:19cv-00213) Dkt. No. 26), St. Ambrose Basilica ecclesia for the Rce at Vaduz, Liechtenstein· with regard for matters worldly effects to the Bernefeko ip members Tyrolis Worldwide ® and distinctly from that is for the (WCC) World Council of Churches Interested clergy for the Vaduz Bankbank AG and Yellowhammer Federation, HK and DK; with respect to Leistungschutzrecht for Hansz Vaduz, Germany.

The French and Swiss and Canadian interests may be with regard to the ecclesial Society of Sacred Arts (Societe dux ARTSACRA) for the Montreal based secular Societe dux Arts Commerce· (©Excelsior Underwear, Inc.®©1968©DeAnn Hoople)® (See recordings in Case No. 1:19cv-00213-BLW) and above and herein.

The Elector may propose en curia on any matters of interest among the realms.

PETITION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS INTERESTS - 2

N. BYERLY
80598 IMSI
13400 Pleasant Valley Rd.
Kuna Idaho 83634
Petitioner pro se

See Case No. 1:19-cv-00309 for Records on Bernefeko, ip®, the International Investments Centre, Tyrolia et Switzerland, etc., the claim against John or Jane Doe Butch Otter now standing at One Million US Dollars and 00/100 cents the mercy to perform toward satisfaction in this instant Petition de warrantia chartae since the person and property of said person is already at Debt for Collection from Petitioners Claim for $500,000.00 USD plus expenses for satisfaction, overdue, with the addition of $500,000.00 USD effective November 4th, 2019, for a TOTAL existing Debt at Collection by Private Action for One Million US Dollars standing.

⊙ Expeditionary Development and Construction Consortium, ECC.D™, ip also proposes the Authority of the International Communities to recognize the Development Project of the AUC.EEC™ that is the New Zealand Exclusive Economic Zone, HQ Auckland®, toward which the DotEEC Development Corporation® is devoted, CeeLavi™ establishing a Pacific Southern Duty-Free and or Duty-Limited Exclusion Zone for International Commercial Transportation.
⊙ Southern Pacific Development Group - (SPDG) - is dedicated to the labor of this Project. ⊙ Fleet Admiralty Maritime® is an interested Observer, and the recent US Rulings on Privatization of Claims process has resulted in the G-PACT™ formation at Washington D.C. who will be interested in this development and progress.

Therefore PETITION is hereby submit this VASSA™ Reigns Retreat Cycle, Saint Nicholas Feast Day, These Statements is true correct, pro loco et tempore, By AFFIRMATION, for filing on HUMAN RIGHTS DAY, In The Year Of Our Lord Two Thousand And Nineteen, 13 Rabie Al-Akhar 1441 A.H.,

N. BYERLY  /80898
PRINT    Signature
@Indiancreek

Nathan Boundy Berry APPEARED Before me on this 27th day of December, 2019 for VERIFICATION of RECORD by
Notary Public for Idaho
5/20/24
Commission Expires

EUROPEAN COUNCIL - EUROPEAN COMMISSION
EUROPEAN COURT OF HUMAN RIGHTS
INTERNATIONAL HOUSE OF JUSTICE
UNITED NATIONS
United STATES
District of IDAHO
State of IDAHO } SS
County of Canyon

@The Dolphin Hotel®
EcoSea™ systems, ©2018
All Rights Reserved,

LARISSA PFEIFER
COMMISSION #47129
NOTARY PUBLIC
STATE OF IDAHO
SEAL

PETITION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS INTERESTS - 3